

**United States Government**

**NATIONAL LABOR RELATIONS BOARD**

Region 5

103 South Gay Street, 8th Floor

Baltimore, MD  21202-4061

Telephone:  (410) 962-2822

Facsimile:   (410) 962-2198

July 26, 2005

Mr. James Martens
President
State Plaza, Inc., a wholly-owned subsidiary
 of RB Associates, Inc., d/b/a State Plaza Hotel
2117 E Street, N.W.
Washington, DC 20037

Re:  Case 5-CA-32594-1

Dear Mr. Martens:

The enclosed charge has been filed with this Office. A copy of Form NLRB-4541 pertaining to our investigation and voluntary adjustment procedures is attached.

For information pertaining to this case, please contact Board Agent Luis H. Duran, (202)208-0124, Luis.Duran@nlrb.gov. When the Board agent solicits relevant evidence from you or your counsel, I strongly urge you or your counsel to promptly present to the Board agent any and all evidence relevant to the investigation. Please state the case name and number on all correspondence, and include your e-mail address. Please see the attached document, "Communications with Regional Offices by E-mail," regarding the Agency's policy as to communicating with this office by e-mail.

A refusal to cooperate fully during the investigation may cause a case to be litigated unnecessarily. Full and complete cooperation includes, where relevant, timely providing all material witnesses under your control to a Board agent so that witnesses' statements can be reduced to affidavit form, and providing all relevant documentary evidence requested by the Board agent. The submission of a position letter or memorandum, or the submission of affidavits not taken by a Board agent, does not constitute full and complete cooperation

Please be advised that we cannot accept any limitations on the use of any evidence or position statements that are provided to the Agency. Any position letter will be treated as binding upon the party submitting it, and may be introduced in any hearing as evidence of party position. A claim for confidentiality cannot be honored except provided by Exemption 4 of the Freedom of Information Act, 5 U.S.C. Sec. 552(b)(4), and all material submitted may be subject to introduction as evidence at any hearing that may be held before an administrative law judge.

We are required by the Federal Records Act to keep copies of documents used in furtherance of our investigation for some period of years after a case closes. We may be required by

EXHIBIT

A

Re: 5-CA-32594-1                        -2-                        July 26, 2005

the Freedom of Information Act to disclose such records upon request absent some applicable exemption such as those that protect confidential financial information or personal privacy interests (e.g., Exemption 4 of FOIA, 5 U.S.C. Sec. 552(b)(4)). Accordingly, we will not honor any request to place limitations on our use of position statements or evidence beyond those prescribed by the foregoing laws, regulations and policies.

The allegations of the charge, if determined to have merit, require us to consider whether injunctive relief under Section 10(j) of the Act is appropriate. Accordingly, please include your position on the appropriateness of Section 10(j) relief when you present your evidence relevant of the investigation.

Enclosed for the Employer is a form requesting commerce data, which should be completed, signed by an employer representative and returned in the enclosed envelope addressed to my attention.

Attention is called to your right, and the right of any party, to be represented by counsel or other representative in any proceeding before the National Labor Relations Board and the courts. If you choose to have a representative appear on your behalf, please fill out and return the enclosed Form NLRB-4701. Please note that Form NLRB-4701 may be executed by your designated representative. If you require language assistance, please notify the Board Agent as soon as possible. The NLRB provides language assistance to individuals who are not fluent to the English language.

Please be advised that, under the Freedom of Information Act, unfair labor practice charges and representation petitions are subject to prompt disclosure to members of the public upon request. In this regard, you may have received a solicitation by organizations or persons who have obtained public information concerning this matter and who seek to represent you before our Agency. You may be assured that no organization or person seeking your business has any "inside knowledge" or favored relationship with the National Labor Relations Board; their information regarding this matter is only that which must be made available to any member of the public.

Customer service standards concerning the processing of unfair labor practice cases have been published by the Agency and are available on the Agency's website, www.nlrb.gov, under "Public Notices." Your cooperation in this matter is invited so that all facts of the case may be considered.

                                        Very truly yours,

                                        Wayne R. Gold
                                        Wayne R. Gold
                                        Regional Director

Enclosures

cc:  Hotel & Restaurant Employees, Local 25
     UNITE HERE International Union, AFL-CIO
1003 K Street, N.W., 7th Floor
Washington, DC 20001

Devki K. Virk, Esq.
Bredhoff & Kaiser, PLLC
805 15th Street, N.W.
Washington, DC 20005

Mr. Harold L. Bock
UNITE, Mid-Atlantic Regional Joint
 Board, AFL-CIO
903 Russell Avenue, Suite 400
Gaithersburg, MD 20879-3266

David M. Prouty, Esq.
UNITE, HERE, AFL-CIO
275 Seventh Avenue
New York, NY 10001-6708

Re: State Plaza, Inc., a wholly-owned subsidiary of RB Associates, Inc., d/b/a State Plaza Hotel
    Case 5-CA-32594-1

July 26, 2005

    I CERTIFY THAT I served the above-referenced charge on July 26, 2005, by postpaid regular mail on the addresses named together with a transmittal letter of which this is a true copy.

_____
(Signature)

Subscribed and sworn to before me on July 26, 2005.

_____
(Designated Agent)

INTERNET
FORM NLRB-501
(11-94)

FORM EXEMPT UNDER 44 U.S.C. 3512

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |
| 5-CA-32594 | 7/25/05 |

**INSTRUCTIONS:**
File an original and 4 copies of this charge with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer | b. Number of Workers Employed |
|---|---|
| State Plaza, Inc., a wholly-owned subsidiary of RB Associates, Inc., d/b/a State Plaza Hotel | 50+ |

| c. Address (street, city, State, ZIP, Code) | d. Employer Representative | e. Telephone No. (202) 833-6960 |
|---|---|---|
| 2117 E Street, N.W., Washington, D.C. 20037 | James Martens, President | Fax No. (202) 587-1354 |

| f. Type of Establishment (factory, mine, wholesaler, etc.) | g. Identify Principal Product or Service |
|---|---|
| Hotel | Lodging/Food & Beverage |

h. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of Section 8(a), subsections (1) and (list subsections) (5) of the National Labor Relations Act, and these unfair labor practices are unfair practices affecting commerce within the meaning of the Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices.)

Beginning on or around six months ago, and continuing thereafter, the Employer by its officers, agents and supervisors, has violated Sections 8(a)(1) and (5) of the Act through its actions, including but not limited to the following:

-- Through its officers, agents, and supervisors, undermining the Union by sponsoring, and by soliciting and inducing employees to sign, petitions expressing dissatisfaction with the Union;
-- Inducing employees to sign such petitions by, among other things, promising to pay substantial wage increases to employees (exceeding the increases offered to the Union at the bargaining table) in the event that a majority of employees signed such petitions;
-- On or about July 5, 2005, withdrawing recognition from the Union without adequate evidence that the Union lacked actual majority support; and
-- On or about July 8, 2005, granting employees in the bargaining unit substantial wage increases in accordance with the promises made when the petitions were circulated.

By the above and other acts, the above-named employer has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the Act.

3. Full name of party filing charge (if labor organization, give full name, including local name and number)
Hotel & Restaurant Employees, Local 25, UNITE HERE International Union, AFL-CIO

| 4a. Address (street and number, city, State, and ZIP Code) | 4b. Telephone No. (202) 737-2225 |
|---|---|
| 1003 K Street, N.W., 7th Floor, Washington, D.C. 20001 | Fax No. (202) 393-3741 |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization)
UNITE HERE International Union

### 6. DECLARATION
I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

By _____(Signature of representative or person making charge)_____    Attorney (Title, if any)

Address: Devki K. Virk, Bredhoff & Kaiser, PLLC, 805 15th St NW 20005

Fax No. (202) 842-1888
(202) 842-2600 (Telephone No.)
7/22/05 Date

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**