

**United States Government**
**NATIONAL LABOR RELATIONS BOARD**
Region 5
103 South Gay Street, 8th Floor
Baltimore, MD 21202-4061

Telephone: (410) 962-2822
Facsimile: (410) 962-2198

August 12, 2005

Mr. James Martens
President
State Plaza, Inc., a wholly-owned
 subsidiary of RB Associates, Inc.
 d/b/a State Plaza Hotel
2117 E Street, N.W.
Washington, DC 20037

Re: Case 5-CA-32594-1

Dear Mr. Martens:

I am enclosing herewith a copy of the FIRST AMENDED charge filed in the above-captioned case.

Very truly yours,

Wayne R. Gold
Wayne R. Gold
Regional Director

Enclosures

cc:  See Page Two

EXHIBIT

B

Re: 5-CA-32594                                    - 2 -

cc:  Nixon Peabody LLP
     Jonathan W. Greenbaum, Esq.
     401 9th Street, N.W.
     Suite 900
     Washington, DC 20004

     Hotel & Restaurant Employees, Local 25
      UNITE HERE International Union, AFL-CIO
     1003 K Street, N.W., 7th Floor
     Washington, DC 20001

     Bredhoff & Kaiser, PLLC
     Devki K. Virk, Esq.
     805 15th Street, N.W.
     Washington, DC 20005

     UNITE, Mid-Atlantic Regional
      Joint Board, AFL-CIO
     Mr. Harold L. Bock
     903 Russell Avenue, Suite 400
     Gaithersburg, MD 20879-3266

     UNITE, HERE, AFL-CIO
     David M. Prouty, Esq.
     275 Seventh Avenue
     New York, NY 10001-6708

Re: State Plaza, Inc., a wholly-owned subsidiary of RB
    Associates, Inc., d/b/a State Plaza Hotel
    Case 5-CA-32594-1

August 12, 2005

I CERTIFY THAT I served the above-referenced charge on August 12, 2005, by postpaid regular mail on the addresses named together with a transmittal letter of which this is a true copy.

*[Signature]*
(Signature)

Subscribed and sworn to before me on August 12, 2005.

_____
(Designated Agent)

FORM NLRB-501

FORM EXEMPT UNDER 44 U.S.C. 3512

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
FIRST AMENDED CHARGE AGAINST EMPLOYER

DO NOT WRITE IN THIS SPACE

| Case | Date Filed |
|---|---|
| 5-CA-32594 | 8/11/05 |

INSTRUCTIONS:
File original and 4 copies of this charge with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

a. Name of Employer
State Plaza, Inc. a wholly-owned subsidiary of RB Associates, Inc. d/b/a State Plaza Hotel

b. Number of workers employed
50+

c. Address (street, city, state, ZIP code)
2117 E Street, N.W., Washington, D.C. 20037

d. Employer Representative
James, Martens, President

e. Phone: (202) 833-6960
FAX: (202) 587-1354

f. Type of Establishment (factory, mine, wholesaler, etc.)
Hotel

g. Identify principal product or service
Lodging/Food & Beverage

h. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (list subsections) 5 of the National Labor Relations Act, and these unfair labor practices are unfair practices affecting commerce within the meaning of the Act.

### 2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

The above-referenced Employer, by its officers, agents and supervisors, has violated Sections 8(a)(1) and/or (5) of the Act by refusing and continuing to refuse to bargain collectively with the authorized agents of the Hotel & Restaurant Employees, Local 25, UNITE HERE International Union, AFL-CIO, a labor organization chosen by a majority of its employees at its 2117 E Street, N.W., Washington, D.C. premises for collective bargaining with respect to rates of pay, wages, hours of employment and other conditions of employment by, but not limited to, the following:

1) Within the past six months, undermining the Union by sponsoring and by soliciting and inducing employees to sign petitions expressing dissatisfaction with the Union;

2) Within the past six months, inducing employees to sign such petitions by, amongst other things, promising to pay substantial wage increases to employees in the event that a majority of employees signed the petition;

3) Since on or about July 5, 2005, illegally withdrawing recognition from the Union without adequate evidence that the Union lacked actual majority support.

4) Since on or about July 8, 2005, granting employees in the bargaining unit substantial wage increases in accordance with the promises made when the petitions were circulated; and

5) Within the past six months, engaging in surface bargaining and other bad-faith conduct designed to delay, hamper and frustrate the Union in its efforts to engage in meaningful bargaining over the terms and conditions of employment for the employees whom the Union represents by, but not limited to, ignoring the Union's repeated requests to meet, refusing to schedule more than one meeting at a time and canceling meeting dates with the union.

By the above and other acts, the above-named employer has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the Act.

3. Full name of party filing charge (if labor organization, give full name, including local name and number)
Hotel & Restaurant Employees, Local 25, UNITE HERE International Union, AFL-CIO

4a. Address (street and number, city, state, and ZIP code)
1003 K Street, N.W., 7th Floor, Washington, D.C. 20001

4b. Phone: (202) 737-2225
FAX: (202) 393-3741

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization)
UNITE HERE International Union

### 6. DECLARATION

I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

By ___/s/___ (signature of representative or person making charge) /s/

Devki Virk, Bredhoff & Kaiser, PLLC, 805 15th Street NW, Washington, D.C. 20005
(Address)

Phone: (202) 842-1888
FAX: (202) 842-2600
(Telephone Nos.)

Attorney
(title if any)

7/26/05
(date)

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)