

**United States Government**

**NATIONAL LABOR RELATIONS BOARD**

Region 5

103 South Gay Street, 8th Floor

Baltimore, MD 21202-4061

Telephone: (410) 962-2822

Facsimile: (410) 962-2198

October 14, 2005

Mr. James Martens
President
State Plaza, Inc., a wholly-owned
 subsidiary of RB Associates, Inc.
 d/b/a State Plaza Hotel
2117 E Street, N.W.
Washington, DC 20037

Re: Case 5-CA-32594

Dear Mr. Martens:

I am enclosing herewith a copy of the **SECOND AMENDED** charge filed in the above-captioned case.

Very truly yours,

Steven L. Shuster
Acting Regional Director

Enclosures

cc:   See Page Two

EXHIBIT

C

Re: State Plaza, Inc., a wholly-owned
    subsidiary of RB Associates, Inc.,
    d/b/a State Plaza Hotel        - 2 -        October 14, 2005
    Case 5-CA-32594


cc: Jonathan W. Greenbaum, Esq.
    Nixon Peabody LLP
    401 9th Street, N.W., Suite 900
    Washington, DC 20004

    Hotel & Restaurant Employees
     Local 25, UNITE HERE
     International Union, AFL-CIO
    1003 K Street, N.W., 7th Floor
    Washington, DC 20001

    Devki K. Virk, Esq.
    Bredhoff & Kaiser, PLLC
    805 15th Street, N.W.
    Washington, DC 20005

    Mr. Harold L. Bock
    UNITE, Mid-Atlantic
     Regional Joint Board, AFL-CIO
    903 Russell Avenue, Suite 400
    Gaithersburg, MD 20879-3266

    David M. Prouty, Esq.
    UNITE, HERE, AFL-CIO
    275 Seventh Avenue
    New York, NY 10001-6708

Re: State Plaza, Inc., a wholly-owned
    subsidiary of RB Associates, Inc.,
    d/b/a State Plaza Hotel                                   October 14, 2005
    Case 5-CA-32594
**SECOND AMENDED**

    I CERTIFY THAT I served the above-referenced SECOND AMENDED charge on October 14, 2005, by postpaid regular mail on the addresses named together with a transmittal letter of which this is a true copy.

                                                          _/s/ Duminta G. Aumuller_
                                                              (Signature)

Subscribed and sworn to before me on October 14, 2005.

                                                              _/s/ Vivian Brown_
                                                            (Designated Agent)

FORM NLRB-501

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**SECOND AMENDED CHARGE AGAINST EMPLOYER**

FORM EXEMPT UNDER 44 U.S.C. 3512

DO NOT WRITE IN THIS SPACE

| Case | Date Filed |
|---|---|
| 5-CA-32594 | 10/14/05 |

**INSTRUCTIONS:**
File original and 4 copies of this charge with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

**1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT**

| a. Name of Employer | | b. Number of workers employed |
|---|---|---|
| State Plaza, Inc. a wholly-owned subsidiary of RB Associates, Inc. d/b/a State Plaza Hotel | | 50+ |
| c. Address (street, city, state, ZIP code) | d. Employer Representative | e. Phone: (202) 833-6960 |
| 2117 E Street, N.W., Washington, D.C. 20037 | James Martens, President | FAX: (202) 587-1354 |
| f. Type of Establishment (factory, mine, wholesaler, etc.) | g. Identify principal product or service | |
| Hotel | Lodging/Food & Beverage | |

h. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (list subsections) 5 of the National Labor Relations Act, and these unfair labor practices are unfair practices affecting commerce within the meaning of the Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

The above-referenced Employer, by its officers, agents and supervisors, violated Sections 8(a)(1) and/or (5) of the Act by refusing and continuing to refuse to bargain collectively with the authorized agents of the Hotel & Restaurant Employees, Local 25, UNITE HERE International Union, AFL-CIO, a labor organization chosen by a majority of its employees at its 2117 E Street, N.W., Washington, D.C. premises for collective bargaining with respect to rates of pay, wages, hours of employment and other conditions of employment by, but not limited to, the following:

1) Within the past six months, undermining the Union by sponsoring and by soliciting and inducing employees to sign petitions expressing dissatisfaction with the Union;
2) Within the past six months, inducing employees to sign such petitions by, amongst other things, promising to pay substantial wage increases to employees in the event that a majority of employees signed the petition;
3) Since on or about July 5, 2005, illegally withdrawing recognition from the Union without adequate evidence that the Union lacked actual majority support.
4) Since on or about July 8, 2005, granting employees in the bargaining unit substantial wage increases in accordance with the promises made when the petitions were circulated;
5) Within the past six months, engaging in surface bargaining and other bad-faith conduct designed to delay, hamper and frustrate the Union in its efforts to engage in meaningful bargaining over the terms and conditions of employment for the employees whom the Union represents by, but not limited to, ignoring the Union's repeated requests to meet, refusing to schedule more than one meeting at a time and canceling meeting dates with the union;

In addition, Since on or about April 19, 2005, the Employer, by its officers, agents and supervisors, violated Section 8(a)(1) of the Act by the following conduct:

1) Promulgating an overly broad no-distribution/solicitation rule;
2) Creating the impression of surveillance; and
3) Interrogating employees about their Union involvement.

By the above and other acts, the above-named employer has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the Act.

3. Full name of party filing charge (if labor organization, give full name, including local name and number)
Hotel & Restaurant Employees, Local 25, UNITE HERE International Union, ~~AFL-CIO~~

| 4a. Address (street and number, city, state, and ZIP code) | 4b. Phone: (202) 737-2225 |
|---|---|
| 1003 K Street, N.W., 7th Floor, Washington, D.C. 20001 | FAX: (202) 393-3741 |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization)
UNITE HERE International union

**6. DECLARATION**
I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

By /s/ _____ (signature of representative or person making charge)

Attorney (title if any)

Devki Virk, Bredhoff & Kaiser, PLLC, 805 15th street NW 20005
(Address)
Phone: (202) 842-1888
FAX: (202) 842-2600
(Telephone Nos.)
10/13/05
(date)

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT