

**United States Government**

**NATIONAL LABOR RELATIONS BOARD**

Region 5

103 South Gay Street, 8th Floor

Baltimore, MD  21202-4061

Telephone:   (410) 962-2822

Facsimile:   (410) 962-2198

October 31, 2005

Mr. James Martens
President
State Plaza, Inc., a wholly-owned subsidiary of
 RB Associates, Inc., d/b/a State Plaza Hotel
2117 E Street, N.W.
Washington, DC 20037

Re:  Case 5-CA-32594

Dear Mr. Martens:

I am enclosing herewith a copy of the Third Amended charge filed in the above-captioned case.

Very truly yours,

Steven L. Shuster
Acting Regional Director

Enclosures

cc:   See Page Two

EXHIBIT

D

Re: State Plaza, Inc., a wholly-owned subsidiary of
    RB Associates, Inc., d/b/a State Plaza Hotel      - 2 -      October 31, 2005
Case 5-CA-32594

cc: Mr. Jonathan W. Greenbaum, Esq.
    Nixon Peabody LLP
    401 9th Street, N.W., Suite 900
    Washington, DC 20004

    Hotel & Restaurant Employees, Local 25
     UNITE HERE International Union, AFL-CIO
    1003 K Street, N.W., 7th Floor
    Washington, DC 20001

    Devki K. Virk, Esq.
    Bredhoff & Kaiser, PLLC
    805 15th Street, N.W.
    Washington, DC 20005

    Mr. Harold L. Bock
    UNITE, Mid-Atlantic Regional Joint
     Board, AFL-CIO
    903 Russell Avenue, Suite 400
    Gaithersburg, MD 20879-3266

    David M. Prouty, Esq.
    UNITE, HERE, AFL-CIO
    275 Seventh Avenue
    New York, NY 10001-6708

Re: State Plaza, Inc., a wholly-owned subsidiary of RB
    Associates, Inc., d/b/a State Plaza Hotel
    Case 5-CA-32594
    THIRD AMENDED

October 31, 2005

    I CERTIFY THAT I served the above-referenced Third Amended charge on October 31, 2005, by postpaid regular mail on the addresses named together with a transmittal letter of which this is a true copy.

_____
(Signature)

Subscribed and sworn to before me on October 31, 2005.

_____
(Designated Agent)

FORM NLRB-501

FORM EXEMPT UNDER 44 U.S.C. 3512

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**THIRD AMENDED CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |
| 5-CA-32594 | 10/31/05 |

INSTRUCTIONS:
File original and 4 copies of this charge with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

a. Name of Employer
State Plaza, Inc. a wholly-owned subsidiary of RB Associates, Inc. d/b/a State Plaza Hotel

b. Number of workers employed
50+

c. Address (street, city, state, ZIP code)
2117 E Street, N.W., Washington, D.C. 20037

d. Employer Representative
James Martens, President

e. Phone: (202) 833-6960
FAX: (202) 587-1354

f. Type of Establishment (factory, mine, wholesaler, etc.)
Hotel

g. Identify principal product or service
Lodging/Food & Beverage

h. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (list subsections) (3) & (5) of the National Labor Relations Act, and these unfair labor practices are unfair practices affecting commerce within the meaning of the Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

The above-referenced Employer, by its officers, agents and supervisors, violated Sections 8(a)(1), (3) and/or (5) of the Act by refusing and continuing to refuse to bargain collectively with the authorized agents of the Hotel & Restaurant Employees, Local 25, UNITE HERE International Union, a labor organization chosen by a majority of its employees at its 2117 E Street, N.W., Washington, D.C. premises for collective bargaining with respect to rates of pay, wages, hours of employment and other conditions of employment by, but not limited to, the following:

1) Dealing directly with employees regarding wages;
2) Undermining the Union by sponsoring and by soliciting and inducing employees to sign petitions expressing dissatisfaction with the Union;
3) Inducing employees to sign such petitions by, amongst other things, promising to pay wage increases to employees in the event that a majority of employees signed the petition;
4) Since on or about July 5, 2005, withdrawing recognition from the Union without evidence that an uncoerced majority of the employees no longer supported the Union;
5) Since on or about July 8, 2005, granting employees in the bargaining unit wage increases in accordance with the promises made when the petitions were circulated;
6) Engaging in surface bargaining and/or other bad-faith conduct designed to delay, hamper and frustrate the Union in its efforts to engage in meaningful bargaining over the terms and conditions of employment for the employees whom the Union represents.

The Employer has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the Act by the following conduct:

1) Promulgating an overly broad no-distribution/solicitation rule;
2) Creating the impression of surveillance;
3) Interrogating employees about their Union involvement;
4) Threatening employees with termination if they continue to support the Union;
5) Telling employees that the Employer was going to rid itself of the Union;
6) Telling employees they would receive a raise if they signed a petition seeking the removal of the Union; and
7) Telling employees that the Employer does not want anything to do with them because they support the Union.

By the above and other acts, the above-named employer has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the Act.

3. Full name of party filing charge (if labor organization, give full name, including local name and number)
Hotel & Restaurant Employees, Local 25, UNITE HERE International Union

4a. Address (street and number, city, state, and ZIP code)
1003 K Street, N.W., 7th Floor, Washington, D.C. 20001

4b. Phone: (202) 737-2225
FAX: (202) 393-3741

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization)
UNITE HERE International Union

### 6. DECLARATION

I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

By /s/ Devki Virk
(signature of representative or person making charge)

Attorney
(title if any)

Bredhoff & Kaiser, PLLC, 805 15th Street NW, Suite 1000, Washington, D.C. 20005
(Address)

Phone: (202) 842-1888
FAX: (202) 842-2600
(Telephone Nos.)

10/31/05
(date)

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)