UNITED STATES OF AMERICA
BEFORE THE NATIONAL LABOR RELATIONS BOARD
REGION 5

STATE PLAZA, INC., A WHOLLY-OWNED
SUBSIDIARY OF RB ASSOCIATES, INC., D/B/A
STATE PLAZA HOTEL

and                                              Case 5-CA-32594

HOTEL AND RESTAURANT EMPLOYEES,
LOCAL 25, UNITE HERE INTERNATIONAL
UNION

## STATE PLAZA'S ANSWER, RESPONSE AND REQUEST FOR BILL OF PARTICULARS TO AMENDED COMPLAINT

State Plaza, Inc. hereby responds to the Amended Complaint as follows:

With respect to the numbered paragraphs contained in the Amended Complaint, State Plaza states:

1. (a) Admitted.

    (b) Admitted.

    (c) Admitted.

    (d) Admitted.

2. (a) Admitted, except that the Respondent no longer provides food and beverages to the public.

    (b) Admitted.

    (c) Admitted.

    (d) Admitted.

EXHIBIT

H

W696644.1

3. Admitted.

4. (a) Denied, except as to Belo and Palenzona.

   (b) Denied.

5. Denied.

6. Admitted.

7. Denied.

8. Denied.

9. (a) Denied.

   (b) Denied.

   (c) Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. (a) Denied.

    (b) Denied.

17. Denied. Respondent avers that it bargained with the union prior to this date and such bargaining was initiated by Respondent.

18. (a) Denied.

    (b) Denied.

    (c) Denied.

19.   Admitted.

20.   (a)   Respondent admits it gave housekeepers a wage adjustment, not a raise to bring employees in line with other Classic Hospitality hotels.

(b)   Denied.

(c)   Denied.

21.   Denied.

22.   Denied.

23.   Denied.

24.   Denied.

25.   Denied.

Respondent states that the Mar-Jac Poultry Co., 136 NLRB 785 (1962) remedy is not available in this action.

### FIRST DEFENSE AND REQUEST FOR BILL OF PARTICULARS

The Complaint fails to state claims under the NLRA upon which relief can be granted. Respondent requests a Bill of Particulars as to Paragraphs 10, 11, 12, 13, 14 and 15 of the Amended Complaint in that the allegations lack any specificity to afford Respondent sufficient notice of any allegations against it of alleged unlawful activity.

### SECOND DEFENSE

The Complaint is barred by unclean hands, estoppel and laches.

### THIRD DEFENSE

The Complaint is deficient in that it does not rely on the evidence actually used by Respondent to withdraw recognition, in that the petition relied on by Respondent as evidence of an actual loss of majority support is untainted and there is no allegation of taint.

## FOURTH DEFENSE

The Union has lost majority support of the employees.

## FIFTH DEFENSE

The nature, scope and make-up of the bargaining unit has significantly changed since the original certification in that the unit is no longer appropriate for bargaining.

Respondent requests that the Complaint be dismissed with prejudice.

## RENEWED MOTION TO WITHDRAW COMPLAINT

Respondent renews its Motion to Withdraw the Complaint based on new information received since the issuance of the original and amended complaints. In particular, the employees at State Plaza have again unequivocally shown their desire not to be represented by the Union.

Respectfully submitted,

Date: January 5, 2006

_____
Jonathan W. Greenbaum
NIXON PEABODY LLP
401 9th Street, N.W.,
Suite 900
Washington, DC 20004-2128
(202) 585-8000
*Attorneys for Employer, State Plaza, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that State Plaza's Answer, Response and Request for Bill of Particulars to Amended Complaint was served on the parties listed below, via first class mail, postage prepaid, on this 5th day of January, 2006.

_____
Jonathan W. Greenbaum
NIXON PEABODY LLP
401 9th Street, N.W.
Suite 900
Washington, DC 20004-2128
*Attorneys for Employer, State Plaza, Inc.*

Wayne R. Gold
Regional Director
NATIONAL LABOR RELATIONS BOARD
Region 5
103 South Gray Street, 8th Floor
Baltimore, Maryland 21202-4061

Devki K. Virk
BREDHOFF & KAISER, PLLC
805 15th Street, N.W.
Washington, DC 20005
(202) 841-2600

W696644.1