## CERTIFICATE OF SERVICE

This is to certify that on this 24th day of February 2006, a copy of the Petition for Injunction Under Section 10(J) of the National Labor Relations Act, As Amended, and a copy of the Motion of The National Labor Relations Board to Hear Petition For Temporary Injunction Pursuant to Section 10(J) of the National Labor Relations Act (29 U.S.C. Section 160(J) on the Basis of the Record Developed Before the Board's Administrative Law Judge were served on the following counsel for the parties via Federal Express – Next Business Day delivery and via e-mail transmission.


Mr. Jonathan Wolfe Greenbaum, Esq.
Nixon Peabody LLP
410 9th St., N.W., Suite 900
Washington, DC 20004-2128

Ms. Devki K. Virk, Esq.
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth St., NW
Washington, DC 20005


_____/s/_____
Thomas Patrick McCarthy, Esq.
Counsel for the Petitioner
National Labor Relations Board
Region 5 - Washington Resident Office
1099 14th St. NW, Room 5528
Washington, D.C. 20570-0001
Bar # 417310