UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| **WAYNE R. GOLD**, Regional Director of Region Five of the National Labor Relations Board, for and on behalf of the **NATIONAL LABOR RELATIONS BOARD**, | \* \* \* \* \* |
| 103 S. Gay Street, 8th Floor Baltimore, MD 21202 | \* \* \* |
| **Petitioner** | \* |
| v. | \*   Case No. 1:06-CV-00329 \*   Judge Kottar-Kotelly |
| **STATE PLAZA, INC., A WHOLLY-OWNED SUBSIDIARY OF RB ASSOCIATES, INC., D/B/A STATE PLAZA HOTEL** | \* \* \* \* \* |
| Mr. James Marten, President State Plaza Inc., A Wholly-Owned Subsidiary of RB Associates, Inc., d/b/a State Plaza Hotel 2117 E Street, NW Washington, DC  20037 | \* \* \* \* \* \* \* |
| **Respondent** | \* \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PROPOSED JOINT SCHEDULING ORDER**

To the Honorable Colleen Kottar-Kotelly, United States District Court Judge for the District of Columbia:

On February 24, 2006, Wayne R. Gold, Regional Director of Region Five of the National Labor Relations Board filed a Petition for Preliminary Injunction Under Section 10(J) of the National Labor Relations Act, as amended (29 U.S.C. Sec. 160(j), herein, the Act) and moved

the Court to hear the issues in this statutory injunction proceeding on the basis of the administrative record (transcript and exhibits) developed at the administrative hearing before the Board's Administrative Law Judge, to be held March 13, 2006 and consecutive days thereafter until concluded. The hearing is expected to conclude within 5 to 7 business days, i.e., by close of business Tuesday, March 21, 2006, if not sooner. If the hearing unexpectedly goes longer than anticipated, the parties will promptly inform the Court. Petitioner has made arrangements for receipt of expedited transcript and exhibits from the Court Reporting Service within 3 business days of the close of the hearing, i.e., by close of business Friday, March 24, 2006.

In light of the foregoing, and pursuant to the scheduling hearing in this matter, held by the Court on the record by conference call on February 27, 2006, the parties jointly propose the following filing and briefing schedule:

Within 3 business days of receipt of the administrative record (transcript and exhibits) by Petitioner, i.e., by Wednesday, March 29, 206, Petitioner shall file with the Court the record (transcript and exhibits) developed at the administrative hearing before the Board's Administrative Law Judge.

Within 6 calendar days of the filing of the administrative record with the Court, i.e., by close of business Tuesday, April 4, 2006, Petitioner shall file a Memorandum of Points and Authorities In Support of Petition, with specific record citation to supporting evidence, together with supplemental affidavits, if necessary, and Proposed Findings of Fact, Conclusions of Law and Proposed Order Granting Temporary Injunction. Any Amicus Curiae brief shall also be filed by said date.

Within 20 calendar days of said filings by Petitioner, i.e., by close of business Monday, April 24, 2006, Respondent shall file an Answer to the Petition and file any Memorandum of Points and Authorities Opposing Petition, with specific record citation to supporting evidence, together with supplemental affidavits, if necessary.

Within 5 calendar days of said filing by Respondent, i.e., by close of business Friday, April 28, 2005, Petitioner shall file any Reply Memorandum. Any Amicus Curiae reply shall also be filed by said date.

If any variance from the above dates is necessary, the parties will promptly inform the Court.

NOW THEREFORE, based upon the agreed filing and briefing schedule, set forth above,

IT IS HEREBY ORDERED that:

Within 3 business days of receipt of the administrative record (transcript and exhibits) by Petitioner, i.e., by close of business Wednesday, March 29, 206, Petitioner shall file with the Court the record (transcript and exhibits) developed at the administrative hearing before the Board's Administrative Law Judge.

Within 6 calendar days of the filing of the administrative record with the Court, i.e., by close of business Tuesday, April 4, 2006, Petitioner shall file a Memorandum of Points and Authorities In Support of Petition, with specific record citation to supporting evidence, together with supplemental affidavits, if necessary, and Proposed Findings of Fact, Conclusions of Law and Proposed Order Granting Temporary Injunction. Any Amicus Curiae brief shall also be filed by said date.

Within 20 calendar days of said filings by Petitioner, i.e., by close of business Monday, April 24, 2006, Respondent shall file an Answer to the Petition and file any Memorandum of Points and Authorities Opposing Petition, with specific record citation to supporting evidence, together with supplemental affidavits, if necessary.

Within 5 calendar days of said filing by Respondent, i.e., by close of business Friday, April 28, 2005, Petitioner shall file any Reply Memorandum. Any Amicus Curiae reply shall also be filed by said date.

If any variance from the above dates is necessary, the Court will be informed immediately.

4

SO ORDERED this _____ day of March, 2006

                                                                                                           _____
                                                                                                            Honorable Colleen Kollar-Kotelly
                                                                                                            United States District Judge

Please notify:
Jonathan W. Greenbaum, Esq.
Nixon Peabody, LLP
410 Ninth Street, N.W., Suite 900
Washington, D.C. 20004-2128

Devki K. Virk, Esq.
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, N.W., Suite 1000
Washington, D.C. 20005

Thomas P. McCarthy
National Labor Relations Board
Region 5 - Washington Resident Office
1099 Fourteenth Street, N.W. 20570-0001

**CERTIFICATE OF SERVICE**

This is to certify that on this 1st day of March 2006, a copy of the Proposed Joint Scheduling Order was served on all counsel by electronic mail and first-class mail as follows:

Mr. Jonathan W. Greenbaum, Esq.
Nixon Peabody LLP
410 9th St., N.W., Suite 900
Washington, DC 20004-2128
Jgreenbaum@nixonpeabody.com

Ms. Devki K. Virk, Esq.
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth St., NW
Washington, DC 20005
dvirk@bredhoff.com

_____/s/_____
Thomas Patrick McCarthy, Esq.
Counsel for the General Counsel
National Labor Relations Board
Region 5 - Washington Resident Office
1099 14th St. NW, Room 5528
Washington, D.C. 20570-0001
(202) 501-8659
Thomas.McCarthy@nlrb.gov
Bar # 417310