IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WAYNE R. GOLD, Regional Director of Region 5 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br>      Petitioner,<br><br>      v.<br><br>STATE PLAZA, INC., a wholly-owned subsidiary of RB ASSOCIATES, INC., d/b/a STATE PLAZA HOTEL,<br><br>      Respondent. | Case No. 1:06-CV-00329<br>Judge Kollar-Kotelly |

**UNOPPOSED MOTION OF HOTEL & RESTAURANT EMPLOYEES,
LOCAL 25, UNITE HERE INTERNATIONAL UNION
FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE**

Hotel & Restaurant Employees, Local 25, UNITE HERE International Union ("the Union" or "Local 25") moves this Court for leave to appear in these proceedings as *amicus curiae* in support of the petition for injunctive relief filed by Wayne R. Gold, Regional Director of Region 5 of the National Labor Relations Board ("NLRB") against Respondent State Plaza, Inc., the parent company of the State Plaza Hotel ("State Plaza" or "the Hotel"). The reasons supporting this motion are as follows:

1.    Well over two years ago, in September, 2003, the NLRB conducted an election to determine whether employees of the State Plaza wished to be represented by the Union for purposes of collective bargaining. By a two-to-one margin, employees voted for Union representation.

2.     The instant case arises from unfair labor practice charges filed by the Union against the State Plaza. Specifically, the charges contend, among other things, that the State Plaza intimidated and coerced employees who supported the Union; refused to bargain with the Union in good faith; sponsored a petition among the employees to rid itself of the Union and induced employees to sign the petition by promising a substantial wage increase if the Union were ousted; and unlawfully withdrew recognition from the Union and immediately granted employees a substantial wage increase. See **Petitioner's Exhibit D**. The NLRB found merit in the Union's charges, and issued complaint. See **Petitioner's Exhibit E**. Trial of this matter is scheduled to begin on March 13, 2006.

3.     The Respondent's conduct has undermined and irreparably harmed the Union's ability to serve as the collective bargaining representative for the employees of the State Plaza. So long as Respondent is free to ignore the law, the employees will be deprived of Union representation. The Union therefore has a substantial interest in these proceedings.

4.     The Union therefore requests leave of Court to participate in the proceedings as *amicus curiae* for the limited purpose of filing briefs and participating in any argument before the Court. Permitting the Union *amicus* status in these circumstances would assist in providing the Court with a full presentation of the facts and the law, and would not unduly encumber the proceedings. Although cases brought pursuant to Section 10(j) of the National Labor Relations Act are relatively rare, unions have routinely been granted *amicus* status in such proceedings. See, e.g., D'Amico v. United States Service Industries, Inc., 867 F. Supp. 1075 (D.D.C. 1994) (requested and granted leave to file briefs); D'Amico v. Townsend Culinary, Inc., 22 F. Supp. 2d 480, 484 (D. Md. 1998) (same); see also Silverman v. Nat'l Baseball Players Ass'n, 880 F. Supp.

246, 250 (S.D.N.Y. 1995) (Union permitted to present oral and written arguments); <u>Garner v. MacClenny Products, Inc.</u>, 859 F. Supp. 1478, 1479 (M.D. Fla. 1994) (same).

  5.  Counsel for the Union has contacted counsel for the Petitioner, Thomas P. McCarthy, and counsel for the Respondent, Jonathan W. Greenbaum, and has been advised that neither party objects to the Union's participation in this case as an *amicus*.

               Respectfully submitted,

               _____
               Devki K. Virk (No. 459418)
               BREDHOFF & KAISER, P.L.L.C.
               805 Fifteenth Street, N.W., Suite 1000
               Washington, D.C. 20005
               (202) 842-2600 (Telephone)
               (202) 842-1888 (Facsimile)

               *Counsel for Hotel & Restaurant Employees,*
               *Local 25, UNITE HERE International Union*

Dated: February 27, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WAYNE R. GOLD, Regional Director of Region 5 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br>      Petitioner,<br><br>v.<br><br>STATE PLAZA, INC., a wholly-owned subsidiary of RB ASSOCIATES, INC., d/b/a STATE PLAZA HOTEL,<br><br>      Respondent. | Case No. 1:06-CV-00329<br>Judge Kollar-Kotelly |

## PROPOSED ORDER

Upon consideration of the unopposed motion by Hotel & Restaurant Employees, Local 25, UNITE HERE International Union ("the Union") for leave to participate in the proceedings in this case as an *amicus curiae*, it is hereby ORDERED as follows:

The motion is GRANTED. The Union shall be permitted to submit briefs and participate in argument before the Court in these proceedings.


SO ORDERED this _____ day of _____, 2006.



                                              HON. COLLEEN KOLLAR-KOTELLY
                                              UNITED STATES DISTRICT JUDGE


<u>Please notify:</u>
Jonathan W. Greenbaum
Nixon Peabody, LLP
410 Ninth Street, N.W. – Suite 900

Washington, D.C. 20004-2128

Thomas P. McCarthy
Trial Attorney
National Labor Relations Board
Region 5 – Washington Resident Office
1099 Fourteenth Street, N.W. – Room 5528
Washington, D.C. 20570-0001

Devki K. Virk
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, N.W. - Suite 1000
Washington, D.C. 20005

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, Unopposed Motion of Hotel & Restaurant Employees, Local 25, UNITE HERE International Union to Participate as Amicus Curiae, was served on all counsel by electronic mail and first-class mail as follows:

Thomas P. McCarthy
Trial Attorney
National Labor Relations Board
Region 5 – Washington Resident Office
1099 Fourteenth Street, N.W. – Room 5528
Washington, D.C. 20570-0001
Thomas.McCarthy@nlrb.gov

Jonathan W. Greenbaum
Nixon Peabody LLP
410 Ninth Street, N.W. – Suite 900
Washington, D.C. 20004-2128
Jgreenbaum@nixonpeabody.com

_____
Devki K. Virk