# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Wayne R. Gold,** Regional Director of Region Five of the National Labor Relations Board, for and on behalf of the **NATIONAL LABOR RELATIONS BOARD,**<br><br>103 S. Gay Street, 8th Floor Baltimore, MD 21202<br><br>**Petitioner**<br><br>v.<br><br>**STATE PLAZA, INC., A WHOLLY-OWNED SUBSIDARY OF RB ASSOCIATES, INC., D/B/A STATE PLAZA HOTEL**<br><br>**Respondent** | Civil No. 1:06-CV-00329<br>Judge Kollar-Kotelly |

## NOTICE OF APPEARANCE

Please enter the appearance of Nixon Peabody LLP, Jonathan W. Greenbaum and Emily K. Hargrove, 401 9th Street, N.W., Suite 900, Washington, DC 20004 on behalf of the Respondents, RB Associates, Inc., d/b/a State Plaza Hotel for the above-captioned matter.

W706672.1

Respectfully submitted,

By:  Jonathan W. Greenbaum, (Bar No. 412408)
Emily K. Hargrove, (Bar No. 482906)
NIXON PEABODY LLP
401 9th Street, N.W.
Suite 900
Washington, DC  20004-2128
(202) 585-8000

Dated:  February 27, 2006

## CERTIFICATE OF SERVICE

I, Jonathan W. Greenbaum, hereby certify that a true copy of the above document was served upon the following counsel of record by U.S. Mail on this 27th day of February, 2006:

Thomas P. McCarthy
Trial Attorney
National Labor Relations Board
Region 5 – Washington Resident Office
1099 Fourteenth Street, N.W., Room 5528
Washington, DC  20570-0001

Devki K. Virk, Esq.
Bredhoff & Kaiser, PLLC
805 Fifteenth Street, N.W.
Suite 1000
Washington, DC  20005

_____
Jonathan W. Greenbaum

W706672.1