Respectfully submitted,

By:   Jonathan W. Greenbaum, (Bar No. 412408)
       Emily K. Hargrove, (Bar No. 482906)
       NIXON PEABODY LLP
       401 9th Street, N.W.
       Suite 900
       Washington, DC 20004-2128
       (202) 585-8000

Dated: March 2, 2006

W707476.1