UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**WAYNE R. GOLD**, Regional Director  \*
of Region Five of the National Labor  \*
Relations Board, for and on behalf  \*
of the **NATIONAL LABOR RELATIONS**  \*
**BOARD,**  \*
\*
103 S. Gay Street, 8th Floor  \*
Baltimore, MD 21202  \*
\*
                     **Petitioner**  \*
v.  \*      Case No. 1:06-CV-00329
\*      Judge Kottar-Kotelly

**STATE PLAZA, INC.,**  \*
**A WHOLLY-OWNED SUBSIDIARY**  \*
**OF RB ASSOCIATES, INC.,**  \*
**D/B/A STATE PLAZA HOTEL**  \*
\*
Mr. James Marten, President  \*
State Plaza Inc., A Wholly-Owned  \*
Subsidiary of RB Associates, Inc.,  \*
d/b/a State Plaza Hotel  \*
2117 E Street, NW  \*
Washington, DC  20037  \*
\*
                     **Respondent**  \*
\*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING**

Attached is the Proposed Joint Scheduling Order to be filed pursuant to the Court's direction.

Please notify:
Jonathan W. Greenbaum, Esq.
Nixon Peabody, LLP
410 Ninth Street, N.W., Suite 900
Washington, D.C. 20004-2128
Jgreenbaum@nixonpeabody.com

Devki K. Virk, Esq.
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, N.W., Suite 1000
Washington, D.C. 20005
dvirk@bredhoff.com

Thomas P. McCarthy, Esq.
National Labor Relations Board
Region 5 - Washington Resident Office
1099 Fourteenth Street, N.W. 20570-0001
Thomas.McCarthy@nlrb.gov