IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WAYNE R. GOLD, Regional Director of )
Region 5 of the National Labor Relations )
Board, for and on behalf of the NATIONAL )
LABOR RELATIONS BOARD, )
        Petitioner, )
         )
v. ) Case No. 1:06-CV-00329
 ) Judge Kollar-Kotelly
STATE PLAZA, INC., a wholly-owned )
subsidiary of RB ASSOCIATES, INC., )
d/b/a STATE PLAZA HOTEL, )
 )
        Respondent. )

## ORDER

Upon consideration of the unopposed motion by Hotel & Restaurant Employees, Local 25, UNITE HERE International Union ("the Union") for leave to participate in the proceedings in this case as an *amicus curiae*, it is hereby ORDERED as follows:

The motion is GRANTED. The Union shall be permitted to submit briefs and participate in argument before the Court in these proceedings.

SO ORDERED this ___4th___ day of ___March___, 2006.

                                                        _____
                                                        HON. COLLEEN KOLLAR-KOTELLY
                                                        UNITED STATES DISTRICT JUDGE

Please notify:
Jonathan W. Greenbaum
Nixon Peabody, LLP
410 Ninth Street, N.W. – Suite 900

Washington, D.C.  20004-2128

Thomas P. McCarthy
Trial Attorney
National Labor Relations Board
Region 5 – Washington Resident Office
1099 Fourteenth Street, N.W. – Room 5528
Washington, D.C.  20570-0001

Devki K. Virk
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, N.W. - Suite 1000
Washington, D.C.  20005

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, Unopposed Motion of Hotel & Restaurant Employees, Local 25, UNITE HERE International Union to Participate as Amicus Curiae, was served on all counsel by electronic mail and first-class mail as follows:

Thomas P. McCarthy
Trial Attorney
National Labor Relations Board
Region 5 – Washington Resident Office
1099 Fourteenth Street, N.W. – Room 5528
Washington, D.C. 20570-0001
Thomas.McCarthy@nlrb.gov

Jonathan W. Greenbaum
Nixon Peabody LLP
410 Ninth Street, N.W. – Suite 900
Washington, D.C. 20004-2128
Jgreenbaum@nixonpeabody.com

_____
Devki K. Virk