UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| **WAYNE R. GOLD**, Regional Director | \* |
| of Region Five of the National Labor | \* |
| Relations Board, for and on behalf | \* |
| of the **NATIONAL LABOR RELATIONS** | \* |
| **BOARD,** | \* |
| | \* |
| 103 S. Gay Street, 8th Floor | \* |
| Baltimore, MD 21202 | \* |
| | \* |
| **Petitioner** | \* |
| v. | \* Case No. 1:06-CV-00329 |
| | \* Judge Kottar-Kotelly |
| | \* |
| **STATE PLAZA, INC.,** | \* |
| **A WHOLLY-OWNED SUBSIDIARY** | \* |
| **OF RB ASSOCIATES, INC.,** | \* |
| **D/B/A STATE PLAZA HOTEL** | \* |
| | \* |
| Mr. James Marten, President | \* |
| State Plaza Inc., A Wholly-Owned | \* |
| Subsidiary of RB Associates, Inc., | \* |
| d/b/a State Plaza Hotel | \* |
| 2117 E Street, NW | \* |
| Washington, DC  20037 | \* |
| | \* |
| **Respondent** | \* |
| | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE REGARDING EXHIBIT ATTACHMENT**

General Counsel's Exhibits (G.C. Exhs.) 1-5, 9-97, 107-147, 150, 154-156 and
Respondent's Exhibits (R. Exhs.) 1 and 3-7, which is an attachment to the Administrative
Record, is in paper form only and is being maintained in the case file in the Clerk's Office.
These documents will be available for public viewing and copying between the hours of 9 a.m.
and 4 p.m., Monday through Friday.

___/s/_____
Thomas Patrick McCarthy, Esq.
Counsel for Petitioner
National Labor Relations Board
Region 5 - Washington Resident Office
1099 14th St. NW, Room 5528
Washington, D.C. 20570-0001

Thomas.McCarthy@nlrb.gov
Date: <u>March 29, 2006</u>                      Bar # 417310


Please notify:
Jonathan W. Greenbaum, Esq.
Nixon Peabody, LLP
410 Ninth Street, N.W., Suite 900
Washington, D.C. 20004-2128
Jgreenbaum@nixonpeabody.com

Devki K. Virk, Esq.
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, N.W., Suite 1000
Washington, D.C. 20005
dvirk@bredhoff.com

Thomas P. McCarthy
National Labor Relations Board
Region 5 - Washington Resident Office
1099 Fourteenth Street, N.W. 20570-0001
Thomas.McCarthy@nlrb.gov

## CERTIFICATE OF SERVICE

This is to certify that on this 29th day of March 2006, a copy of the Notice Regarding Exhibit Attachment and the underlying General Counsel and Respondent Exhibits from the Administrative Record was served on Honorable Colleen Kottar-Kotelly by hand delivery and on all counsel by hand-delivery as follows:

Mr. Jonathan W. Greenbaum, Esq.
Nixon Peabody LLP
410 9th St., N.W., Suite 900
Washington, DC 20004-2128
Jgreenbaum@nixonpeabody.com

Ms. Devki K. Virk, Esq.
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth St., NW
Washington, DC 20005
dvirk@bredhoff.com

_____/s/_____
Thomas Patrick McCarthy, Esq.
Counsel for Petitioner/General Counsel
National Labor Relations Board
Region 5 - Washington Resident Office
1099 14th St. NW, Room 5528
Washington, D.C. 20570-0001
(202) 501-8659
Thomas.McCarthy@nlrb.gov
Bar # 417310