# **CERTIFICATE OF SERVICE**

This is to certify that on this 4th day of April 2006, a copy of Petitioner's Memorandum of Points and Authorities in Support of Petition for Preliminary Injunction under Section 10(j) of the National Labor Relations Act, As Amended, and a copy of Proposed Findings of Fact And Conclusions of Law and Proposed Order Granting Temporary Injunction were served on the following counsel for the parties via Federal Express – Next Business Day delivery.

Mr. Jonathan Wolfe Greenbaum, Esq.
Nixon Peabody LLP
410 9th St., N.W., Suite 900
Washington, DC 20004-2128
jgreenbaum@nixonpeabody.com

Ms. Devki K. Virk, Esq.
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth St., NW
Washington, DC 20005
dvirk@bredhoff.com

                                             /s/
                                    Thomas Patrick McCarthy, Esq.
                                    Counsel for the Petitioner
                                    National Labor Relations Board
                                    Region 5 - Washington Resident Office
                                    1099 14th St. NW, Room 5528
                                    Washington, D.C. 20570-0001
                                    Bar # 417310