**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

WAYNE R. GOLD, Regional Director of Region 5 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,
Petitioner,

v.

STATE PLAZA, INC., a wholly-owned subsidiary of RB ASSOCIATES, INC., d/b/a STATE PLAZA HOTEL,

Respondent.

Case No. 1:06-CV-00329
Judge Kollar-Kotelly

**NOTICE THAT *AMICUS CURIAE* HOTEL & RESTAURANT EMPLOYEES, LOCAL 25, UNITE HERE INTERNATIONAL UNION, JOINS IN THE PETITIONER'S MEMORANDUM IN SUPPORT OF PRELIMINARY INJUNCTION**

*Amicus curiae* Hotel & Restaurant Employees, Local 25, UNITE HERE International Union ("the Union" or "Local 25") hereby joins in the Petitioner's Memorandum of Points and Authorities in Support of its Petition for Preliminary Injunction under Section 10(j) of the National Labor Relations Act (d/e 12), filed with the Court on April 4, 2006. By Order dated March 4, 2006, the Court granted Local 25 leave to appear in this case and participate in briefing and oral argument as *amicus curiae*, see Order (d/e 10), and Local 25 reserves the opportunity to respond separately to Respondent's submission, as contemplated under the proposed briefing schedule filed in this case on March 2, 2006 (d/e 9).

Respectfully submitted,

/s/ Devki K. Virk
Devki K. Virk (No. 459418)

BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, N.W., Suite 1000
Washington, D.C. 20005
(202) 842-2600 (Telephone)
(202) 842-1888 (Facsimile)

*Counsel for Hotel & Restaurant Employees, Local 25, UNITE HERE International Union*

Dated: April 4, 2006

## PROOF OF SERVICE

I hereby certify that the foregoing document, NOTICE THAT AMICUS CURIAE HOTEL & RESTAURANT EMPLOYEES, LOCAL 25, UNITE HERE INTERNATIONAL UNION JOINS IN PETITIONER'S MEMORANDUM IN SUPPORT OF PRELIMINARY INJUNCTION, was filed using the Court's CM/ECF system, under which all counsel are automatically notified as follows:

Thomas P. McCarthy
Senior Trial Specialist
National Labor Relations Board
Region 5 – Washington Resident Office
1099 Fourteenth Street, N.W. – Room 5528
Washington, D.C. 20570-0001
Thomas.McCarthy@nlrb.gov

Jonathan W. Greenbaum
Emily Hargrove
Nixon Peabody LLP
410 Ninth Street, N.W. – Suite 900
Washington, D.C. 20004-2128
Jgreenbaum@nixonpeabody.com; Ehargrove@nixonpeabody.com

/s/ Devki K. Virk
Devki K. Virk