# Exhibit 1

**DECLARATIONS IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THE NATIONAL LABOR RELATIONS BOARD'S MOTION FOR TEMPORARY INJUNCTIVE RELIEF UNDER SECTION 10(J) OF THE NATIONAL LABOR RELATIONS ACT**

Wayne R. Gold v. State Plaza, Inc.
Civil No.:  1:06-CV-00329
Judge Kollar-Kotelly

# Exhibit 1(a)

## Declaration of Reginald Washington

Wayne R. Gold v. State Plaza, Inc.
Civil No.:  1:06-CV-00329
Judge Kollar-Kotelly

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Wayne R. Gold,** Regional Director of Region Five of the National Labor Relations Board, for and on behalf of the **NATIONAL LABOR RELATIONS BOARD,**<br><br>103 S. Gay Street, 8th Floor Baltimore, MD 21202<br><br>**Petitioner**<br><br>v.<br><br>**STATE PLAZA, INC., A WHOLLY-OWNED SUBSIDIARY OF RB ASSOCIATES, INC., D/B/A STATE PLAZA HOTEL**<br><br>**Respondent** | Civil No. 1:06-CV-00329<br>Judge Kollar-Kotelly |

### Declaration of Reginald Washington

I, Reginald Washington, declare as follows:

1.    I have personal knowledge of the facts contained herein.  I am over the age eighteen (18) years old, and I am otherwise competent to testify in this matter.

2.    I am the Bell Captain at the State Plaza Hotel ("the Hotel").  I have held this position for twelve years.

3.    I signed the July 1, 2005 petition.

4.    No one made me any promise to get me to sign the employee petition.

5.    I did not receive a $2.50 raise in July 2005

6.    I do not want the Local 25 to represent me because Local 25 is nothing but promises and union dues.  Local 25 never follows through on its promises and it does not stand behind its promises or stand behind older workers.  Local 25 is nothing but a nightmare and empty promises.   I do not want the Union to bargain for me.

W717764.1

I declare under penalty of perjury under the laws of the United states of America that the foregoing is true and correct.

Executed on this _____ day of April 2006 in Washington, D.C.

Reginald Washington

# Exhibit 1(b)

**Declaration of Aubrey Elliot**

Wayne R. Gold v. State Plaza, Inc.
Civil No.:  1:06-CV-00329
Judge Kollar-Kotelly

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Wayne R. Gold,** Regional Director of Region Five of the National Labor Relations Board, for and on behalf of the **NATIONAL LABOR RELATIONS BOARD,**<br><br>103 S. Gay Street, 8th Floor<br>Baltimore, MD  21202<br><br>**Petitioner**<br><br>v.<br><br>**STATE PLAZA, INC.,**<br>**A WHOLLY-OWNED SUBSIDIARY**<br>**OF RB ASSOCIATES, INC.,**<br>**D/B/A STATE PLAZA HOTEL**<br><br>**Respondent** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 1:06-CV-00329<br>Judge Kollar-Kotelly |

### Declaration of Aubrey Elliot

I, Aubrey Elliot, declare as follows:

1.    I have personal knowledge of the facts contained herein.  I am over the age eighteen (18) years old, and I am otherwise competent to testify in this matter.

2.    I am a Bellman at the State Plaza Hotel ("the Hotel").  I have held this position for three years.

3.    I signed the July 1, 2005 employee petition.

4.    No one made me sign the petition.  I do what I want.

5.    I did not receive a $2.50 raise in July 2005

6.    I do not want the Local 25 to represent me.  I do not want Local 25 to bargain for me.  I think I can bargain just fine on my own.  I like working in a good environment and I think the union causes a bad environment.

W717781.1

I declare under penalty of perjury under the laws of the United states of America that the foregoing is true and correct.

Executed on this _19_ day of April 2006 in Washington, D.C.

Aubrey Elliot

# Exhibit 1(c)

## Declaration of Allioune Fall

Wayne R. Gold v. State Plaza, Inc.
Civil No.:  1:06-CV-00329
Judge Kollar-Kotelly

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Wayne R. Gold,** Regional Director of Region Five of the National Labor Relations Board, for and on behalf of the **NATIONAL LABOR RELATIONS BOARD,**<br><br>103 S. Gay Street, 8th Floor Baltimore, MD 21202<br><br>**Petitioner**<br><br>v.<br><br>**STATE PLAZA, INC., A WHOLLY-OWNED SUBSIDIARY OF RB ASSOCIATES, INC., D/B/A STATE PLAZA HOTEL**<br><br>**Respondent** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil No. 1:06-CV-00329
Judge Kollar-Kotelly

## Declaration of Allioune Fall

I, Allioune Fall, declare as follows:

1.     I have personal knowledge of the facts contained herein.  I am over the age eighteen (18) years old, and I am otherwise competent to testify in this matter.

2.     I am a Front Desk employee at the State Plaza Hotel ("the Hotel").  I have held this position since November 2004.

3.     I signed the July 1, 2005 petition.

4.     No one made me any promise to get me to sign the employee petition.

5.     I did not receive a $2.50 raise in July 2005

6.     I signed because I do not want the Local 25 to represent me.  I do not want the Union to bargain for me.

W717757.1

7.    I think it is better without the Union.  The Hotel is like a family and it is better if we can all talk together.  I do not think we need a Union.

I declare under penalty of perjury under the laws of the United states of America that the foregoing is true and correct.

Executed on this ⟋⟋ day of April 2006 in Washington, D.C.

_____
Allioune Fall

# Exhibit 1(d)

**Declaration of Maria Caintic**

Wayne R. Gold v. State Plaza, Inc.
Civil No.:  1:06-CV-00329
Judge Kollar-Kotelly

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **Wayne R. Gold,** Regional Director of Region Five of the National Labor Relations Board, for and on behalf of the **NATIONAL LABOR RELATIONS BOARD,**<br><br>103 S. Gay Street, 8th Floor<br>Baltimore, MD 21202<br><br>**Petitioner**<br><br>v.<br><br>**STATE PLAZA, INC.,<br>A WHOLLY-OWNED SUBSIDARY<br>OF RB ASSOCIATES, INC.,<br>D/B/A STATE PLAZA HOTEL**<br><br>**Respondent** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. 1:06-CV-00329<br>Judge Kollar-Kotelly |

### Declaration of Maria Caintic

I, Maria Caintic, declare as follows:

1.      I have personal knowledge of the facts contained herein. I am over the age eighteen (18) years old, and I am otherwise competent to testify in this matter.

2.      I am a Front Desk employee at the State Plaza Hotel ("the Hotel"). I have held this position since May 2005.

3.      I signed the July 1, 2005 petition.

4.      No one made me any promise to get me to sign the employee petition.

5.      I did not receive a $2.50 raise in July 2005

6.      I signed because I do not want the Local 25 to represent me. I do not want the Union to bargain for me.

7.      I think it is better to deal with the management.

I declare under penalty of perjury under the laws of the United states of America that the foregoing is true and correct.

Executed on this _____ day of April 2006 in Washington, D.C.

_____
Maria Caintic

# Exhibit 1(e)

**Declaration of Abdelouhab Hanchaoui**

Wayne R. Gold v. State Plaza, Inc.
Civil No.:  1:06-CV-00329
Judge Kollar-Kotelly

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Wayne R. Gold,** Regional Director of Region Five of the National Labor Relations Board, for and on behalf of the **NATIONAL LABOR RELATIONS BOARD,**<br><br>    103 S. Gay Street, 8th Floor<br>    Baltimore, MD 21202<br><br>                                    **Petitioner**<br><br>    v.<br><br>**STATE PLAZA, INC., A WHOLLY-OWNED SUBSIDIARY OF RB ASSOCIATES, INC., D/B/A STATE PLAZA HOTEL**<br><br>                                    **Respondent** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil No. 1:06-CV-00329<br>)    Judge Kollar-Kotelly |

## Declaration of Abdelouhab Hanchaoui

I, Abdelouhab Hanchaoui, declare as follows:

1.    I have personal knowledge of the facts contained herein. I am over the age eighteen (18) years old, and I am otherwise competent to testify in this matter.

2.    I am a Bellman at the State Plaza Hotel ("the Hotel"). I have held this position since July 2005.

3.    I do not want the union to represent me. I think it is just better to talk to the managers.

4.    I did not receive a $2.50 raise in July 2005.

I declare under penalty of perjury under the laws of the United states of America that the foregoing is true and correct.

Executed on this _____ day of April 2006 in Washington, D.C.

_____
Abdelouhab Hanchaoui

# Exhibit 1(f)

## Declaration of Mario Sandiford

Wayne R. Gold v. State Plaza, Inc.
Civil No.:  1:06-CV-00329
Judge Kollar-Kotelly

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **Wayne R. Gold,** Regional Director of Region Five of the National Labor Relations Board, for and on behalf of the **NATIONAL LABOR RELATIONS BOARD,** | ) ) ) ) ) ) | |
| 103 S. Gay Street, 8th Floor Baltimore, MD 21202 | ) ) ) | |
| **Petitioner** | ) ) | |
| v. | ) ) | Civil No. 1:06-CV-00329 Judge Kollar-Kotelly |
| **STATE PLAZA, INC., A WHOLLY-OWNED SUBSIDIARY OF RB ASSOCIATES, INC., D/B/A STATE PLAZA HOTEL** | ) ) ) ) ) | |
| **Respondent** | ) ) | |

### Declaration of Mario Sandiford

I, Mario Sandiford, declare as follows:

1.     I have personal knowledge of the facts contained herein. I am over the age eighteen (18) years old, and I am otherwise competent to testify in this matter.

2.     I am a Front Desk employee at the State Plaza Hotel ("the Hotel"). I have held this position since April 2005.

3.     I signed the July 1, 2005 petition.

4.     No one made me any promise to get me to sign the employee petition.

5.     I did not receive a $2.50 raise in July 2005

6.     I do not want the Local 25 to represent me. I think it is better to deal straight with our managers. I do not want the union to bargain for me.

I declare under penalty of perjury under the laws of the United states of America that the foregoing is true and correct.

Executed on this _____ day of April 2006 in Washington, D.C.

Mario Sandford

# Exhibit 1(g)

**Declaration of Consuelo Esmeralda Mejia**

Wayne R. Gold v. State Plaza, Inc.
Civil No.:  1:06-CV-00329
Judge Kollar-Kotelly

Yo Consuelo esmeralda Mejia
De Claro lo sigiente:
Yo es escriBi la carta de novienBre 14-05
Por que nunca tenemos RespuestAs que
la union no se termina aca Por eso de si
dimos aser otra carta tanBien escriBi
la carta Por que yano quiero union Biniera
ya no quiero que la union negosee
Por mi

Consuelo E. Mejia
04-13-06