**CERTIFICATE OF SERVICE**

This is to certify that on this 28th day of April 2006, a copy of Petitioner's Reply Memorandum was served on the following counsel for the parties via Federal Express – Next Business Day delivery.

Mr. Jonathan Wolfe Greenbaum, Esq.
Nixon Peabody LLP
410 9th St., N.W., Suite 900
Washington, DC 20004-2128
jgreenbaum@nixonpeabody.com

Ms. Devki K. Virk, Esq.
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth St., NW
Washington, DC 20005
dvirk@bredhoff.com

                                                             /s/
                                     Thomas Patrick McCarthy, Esq.
                                     Counsel for the Petitioner
                                     National Labor Relations Board
                                     Region 5 - Washington Resident Office
                                     1099 14th St. NW, Room 5528
                                     Washington, D.C. 20570-0001
                                     Bar # 417310