UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **WAYNE R. GOLD**, Regional Director of Region Five of the National Labor Relations Board, for and on behalf of the **NATIONAL LABOR RELATIONS BOARD** | \* \* \* \* \* | |
| 103 S. Gay Street, 8th Floor Baltimore, MD 21202 | \* \* | |
| **Petitioner** | \* | |
| v. | \* \* \* | **CIVIL No. 1:06-CV-00329** **Judge Kollar-Kotelly** |
| **STATE PLAZA, INC., A WHOLLY-OWNED SUBSIDIARY OF RB ASSOCIATES, INC., D/B/A STATE PLAZA HOTEL** | \* \* \* \* \* | |
| Mr. James Marten, President State Plaza Inc., A Wholly-Owned Subsidiary of RB Associates, Inc., d/b/a State Plaza Hotel 2117 E Street, NW Washington, DC 20037 | \* \* \* \* \* \* | |
| **Respondent** | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ADMINISTRATIVE RECORD**