UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **WAYNE R. GOLD**, Regional Director of Region Five of the National Labor Relations Board, for and on behalf of the **NATIONAL LABOR RELATIONS BOARD**  103 S. Gay Street, 8th Floor Baltimore, MD 21202  **Petitioner** v.  **STATE PLAZA, INC., A WHOLLY-OWNED SUBSIDIARY OF RB ASSOCIATES, INC., D/B/A STATE PLAZA HOTEL**  Mr. James Marten, President State Plaza Inc., A Wholly-Owned Subsidiary of RB Associates, Inc., d/b/a State Plaza Hotel 2117 E Street, NW Washington, DC 20037  **Respondent** | **CIVIL No. 1:06-CV-00329** **Judge Kollar-Kotelly** |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ADMINISTRATIVE RECORD**