UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **WAYNE R. GOLD**, Regional Director of Region Five of the National Labor Relations Board, for and on behalf of the **NATIONAL LABOR RELATIONS BOARD**<br><br>103 S. Gay Street, 8th Floor<br>Baltimore, MD 21202<br>            **Petitioner**<br>v.<br><br>**STATE PLAZA, INC.,**<br>**A WHOLLY-OWNED SUBSIDIARY**<br>**OF RB ASSOCIATES, INC.,**<br>**D/B/A STATE PLAZA HOTEL**<br><br>Mr. James Marten, President<br>State Plaza Inc., A Wholly-Owned<br>Subsidiary of RB Associates, Inc.,<br>d/b/a State Plaza Hotel<br>2117 E Street, NW<br>Washington, DC 20037<br>            **Respondent** | **CIVIL No. 1:06-CV-00329**<br>**Judge Kollar-Kotelly** |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ADMINISTRATIVE RECORD**