UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Wayne R. Gold,** Regional Director of Region Five of the National Labor Relations Board, for and on behalf of the **NATIONAL LABOR RELATIONS BOARD,**<br><br>        **Petitioner**<br><br>v.<br><br>**STATE PLAZA, INC., A WHOLLY-OWNED SUBSIDIARY OF RB ASSOCIATES, INC., D/B/A STATE PLAZA HOTEL**<br><br>        **Respondent** | Civil No. 1:06-CV-00329 (CKK) |

**RESPONDENT'S RULE 59(e) MOTION TO ALTER OR AMEND ORDER GRANTING NLRA SECTION 10(j) TEMPORARY INJUNCTION AND/OR FOR RECONSIDERATION**

Respondent, State Plaza, Inc. ("State Plaza"), pursuant to Fed. R. Civ. P. 59(e), hereby moves to alter or amend, and/or for reconsideration of the Court's Order Granting Temporary Injunction entered June 5, 2006. The Court's findings of irreparable injury are based on clear errors of law, which is a valid ground for granting a 59(e) motion. Specifically, the Court based its irreparable injury determination on allegations of bad faith bargaining that were not in the Petition, and therefore, were outside the Court's jurisdiction. The NLRB General Counsel did not authorize the filing of a 10(j) injunction on the allegations of bad faith bargaining. Additionally, the Court did not apply the required legal standard for determining the affect of unremedied, unfair labor practices under MasterSlack, 271 NLRB 78, 84 (1984). Without a

legally sound finding of irreparable injury, there is no basis for granting Petitioner preliminary injunctive relief. Respondent respectfully requests that the Court alter and amend its Order and deny Petitioner's request for temporary injunction under section 10(j) of the National Labor Relations Act.

The grounds for Respondent's Motion are set forth in detail in the accompanying Memorandum of Points and Authorities filed herewith and incorporated by reference. State Plaza sought Petitioner's consent for this Motion, however, Petitioner does not consent.

Date: June 13, 2006

                                      Respectfully submitted,

                                      /s/
                               Jonathan W. Greenbaum (Bar No. 412408)
                               Emily K. Hargrove (Bar No. 482906)
                               NIXON PEABODY LLP
                               401 9th Street, N.W.,
                               Suite 900
                               Washington, DC 20004-2128
                               (202) 585-8000
                               *Attorneys for Employer, State Plaza, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2006, I sent a copy of the foregoing RESPONDENT'S RULE 59(e) MOTION TO ALTER OR AMEND ORDER GRANTING NLRA SECTION 10(j) TEMPORARY INJUNCTION AND/OR FOR RECONSIDERATION via U.S. Mail to:

Thomas P. McCarthy
NATIONAL LABOR RELATIONS BOARD
1099 14th Street, NW
Suite 5530 E
Washington, DC 20570
(202) 501-8659

Devki Virk
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, NW
Washington, DC 20005
(202) 842-2600
Fax: 202-842-1888

/s/
Jonathan W. Greenbaum