UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Wayne R. Gold,** Regional Director of Region Five of the National Labor Relations Board, for and on behalf of the **NATIONAL LABOR RELATIONS BOARD,**<br><br>**Petitioner**<br><br>v.<br><br>**STATE PLAZA, INC., A WHOLLY-OWNED SUBSIDIARY OF RB ASSOCIATES, INC., D/B/A STATE PLAZA HOTEL**<br><br>**Respondent** | Civil No. 1:06-CV-00329 (CKK) |

### PROPOSED ORDER

Upon consideration of Respondent's Rule 59(e) Motion to Alter or Amend Order Granting NLRA Section 10(j) Temporary Injunction and/or for Reconsideration, Memorandum in Support, any Opposition thereto, and any Reply, it is hereby,

ORDERED that Respondent's Motion is GRANTED.

IT IS FURTHER ORDERED that the Court's previous Order of June 5, 2006, is hereby REVERSED and Petitioner's Petition for Injunction under Section 10(j) of the National Labor Relations Act, as Amended, is DENIED.

SO ORDERED.

_____
Honorable Colleen Kollar-Kotelly
United States District Court