UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Wayne R. Gold, Regional Director )
of Region Five of the National Labor )
Relations Board, for and on behalf of )
the **NATIONAL LABOR RELATIONS** )
**BOARD,** )
)
       **Petitioner** )
)
v. ) Civil No. 1:06-CV-00329
) Judge Kollar-Kotelly
**STATE PLAZA, INC.,** )
**A WHOLLY-OWNED SUBSIDIARY** )
**OF RB ASSOCIATES, INC.,** )
**D/B/A STATE PLAZA HOTEL** )
)
       **Respondent** )
)

### DECLARATION OF CORRADO PALENZONA

I, Corrado Palenzona declare as follows:

  1. I have personal knowledge of the facts contained herein. I am over the age of eighteen (18) years old, and I am otherwise competent to testify in this matter.

  2. I was the General Manager at the State Plaza Hotel until July 31, 2006.

  3. I am making this declaration in accordance with the Court's Order of June 5, 2006.

  4. I was out of the country from June 25, 2006 to July 5, 2006 on vacation.

  5. On June 16, 2006, the State Plaza Hotel inquired whether the National Labor Relations Board (the Board), would provide the Spanish translation of the Court's Findings of Fact and Conclusions of Law and Order Granting Temporary Injunction. The Board indicated that it would provide the translation.

10077891.1

6. On Thursday evening, June 29, 2006, the Board provided the Spanish translation of the Judge's Findings of Fact and Conclusions of Law and Order Granting Temporary Injunction to counsel for the State Plaza Hotel, who then provided a copy to my Assistant General Manager, Stefano Delens.

7. At the State Plaza Hotel, notices to employees are customarily posted on the bulletin board in the employee cafeteria.

8. On Friday morning, June 30, 2006, Mr. Delens, posted both the English and Spanish translation of the Court's Findings of Fact and Conclusions of Law and Order Granting Temporary Injunction on the bulletin board in the employee cafeteria at the State Plaza Hotel.

9. Both copies are posted in plain sight and are fully accessible to employees.

10. These notices remained posted. We believe an employee took the first page of the English posting, but we posted another copy immediately.

11. The Hotel has recently painted and renovated the employee cafeteria. During this period, the employees had their meals in a Hotel banquet room. This room is used for guests and, as such, we do not post notices in the room.

12. The notice may have been taken down for a few days (or perhaps a week) because of the painting. I have recently been to the Hotel and it is posted where it was originally posted and where other employee notices are posted. The cafeteria painting and renovation is completed.

13. Local 25 requested that the Hotel agree to one date for purposes of collective bargaining and provided

14. the following dates: July 18, July 25, and July 27th.

15. The State Plaza Hotel and Local 25 scheduled a meeting for July 27, 2006.

16. The State Plaza Hotel and Local 25 met on the 27th of July and scheduled further meetings for the end of August. The Hotel has also provided Local 25 with the information it has requested, and is in the process of compiling additional information.

Executed on this 9th day of August 2006 in Washington, D.C.

Corrado Palenzona

## CERTIFICATE OF SERVICE

I hereby certify that on this 12 day of August, 2006, I sent a copy of the foregoing Declaration of Corrado Palenzona via U.S. Mail to:

Thomas P. McCarthy
Trial Attorney
National Labor Relations Board
Region 5 – Washington Resident Office
1099 14th Street, N.W., Suite 5530
Washington, DC 20570-0001

Devki K. Virk, Esq.
Bredhoff & Kaiser, PLLC
805 Fifteenth Street, N.W.
Suite 1000
Washington, DC 20005

/s/
Jonathan W. Greenbaum

10077891.1