

United States Government

NATIONAL LABOR RELATIONS BOARD

Resident Office - Region 5

1099 14th Street, NW - Suite 5530

Washington, DC   20570-0001

November 14, 2006

Honorable Colleen Kollar-Kotelly
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

                        Re:    Gold v. State Plaza, Inc.,
                               Civil No. 06-329 (CKK)

Dear Judge Kollar-Kotelly:

      On June 5, 2006, the Court granted the National Labor Relations Board's petition for temporary injunctive relief filed pursuant to Section 10(j) of the National Labor Relations Act, as amended, 29 U.S.C. Section 160(j) (the Act). This relief was ancillary to the administrative proceeding then pending before the Board in NLRB Case 5-CA-32594. By statute the injunction was intended to last only until the final decision and order of the Board in the administrative proceeding.

      On November 6, 2006, the Board issued its final administrative decision and order in NLRB Case 5-CA-32594. Under the Act, the Court's injunctive order terminated by operation of law on November 6, 2006. See Barbour v. Central Cartage, Inc., 583 F.2d 335 (7th Cir. 1978); Johansen v. Queen Mary Restaurant Corp., 522 F.2d 6 (9th Cir. 1975); Levine v. Fry Foods, Inc., 596 F.2d 719 (6th Cir. 1979); D'Amico v. Lee's Contracting Services, Inc., 141 LRRM 2851, 2853, n. 1, 1991 WL 472878 (E.D. Va. 1991) (Section 10(j)). Cf. Sears, Roebuck & Co. v. Carpet Layers Union, 397 U.S. 655 (1970) (Section 10(l)).

      In view of the termination of the Court's injunction, Respondent's June 13, 2006 Rule 59(e) motion, Petitioner's June 15, 2006 opposition and Respondent's June 22, 2006 reply are moot, and the Board respectfully suggests that the Court can now close this matter on its records.

                                      Very truly yours,

                                      Thomas P. McCarthy, Esq.
                                    Attorney for Petitioner

cc:       Jonathan W. Greenbaum, Counsel for Respondent    Devki K. Virk, Esq., Counsel for
          Nixon Peabody LLP                                         Charging Party Union, Amicus Curiae
          410 9th St., N.W., Suite 900                       Bredhoff & Kaiser, P.L.L.C.
          Washington, D.C. 20004-2128                   805 Fifteenth Street, N.W.
                                                                         Washington, D.C. 20005